ACCEPTED
01-14-00615-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/9/2015 3:49:35 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00615-CR

In the
Court of Appeals
For the
First District of Texas
At Houston

──────────◆──────────

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/9/2015 3:49:35 PM

CHRISTOPHER A. PRINE
Clerk

### No. 1421977

In the 262nd District Court of
Harris County, Texas

──────────◆──────────

### DEVON HENSELY
*Appellant*

v.

### THE STATE OF TEXAS
*Appellee*

──────────◆──────────

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

──────────◆──────────

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in these cases, and, in support thereof, presents the following:

1. In the 262nd district court of Harris County, Texas, cause 1421977, the *State of Texas v. Devon Hensley,* appellant, was convicted of aggravated robbery.

2. He was assessed punishment of confinement for 43 years in the Institutional Division of the Texas Department of Criminal Justice.

3. The State's brief is due on February 9, 2014.

4. An extension of time in which to file the State's brief is requested until March 16, 2015.

5. No previous extensions have been requested by the State.

6. The facts relied upon to explain the need for this extension are:

Since appellant filed his brief, I have filed briefs in cause numbers 01-14-00332-CR, 14-14-00451-CR, 14-14-00704-CR, 01-14-00605-CR, and 14-13-00767-CR. I have also been assigned the appellate briefs in 4 other cases. In addition to brief writing, I also handle legal questions from trial court prosecutors on a daily basis. This motion is not sought for delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant an extension of time until March 16, 2015 in which to file the State's brief in this case.

Respectfully submitted,
/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-5826
TBC No. 24072240

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the

appellant's attorney at the following address on February 9, 2015:

Wayne T. Hill
4615 Southwest freeway, Suite 600
Houston, Texas 77027
wthlaw@aol.com

/s/ Abbie Miles
**Abbie Miles**
Assistant District Attorney
Harris County, Texas

Date:  February 9, 2015